**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Javon Kelevh,<br><br>                               Plaintiff,<br>     -v-<br><br>90-43 160 St Inc,<br>d/b/a Express Tax Service, and<br>Artur Aminov,<br><br>                           Defendants. | **Civil Action #: 20-CV-01040<br>(BMC)**<br><br>**NOTICE OF VOLUNTARY<br>DISCONTINUANCE WITHOUT<br>PREJUDICE** |

       **PLEASE TAKE NOTICE THAT**, Plaintiff Javon Kelevh, by his undersigned counsel,

hereby discontinues the above-entitled action against Defendants 90-43 160 St Inc, d/b/a Express

Tax Service, and Artur Aminov *without* prejudice pursuant to the Federal Rules of Civil

Procedure ("FRCP"), including FRCP 41(a)(1)(A)(i), and *without* legal fees or costs to either or

any party. This dismissal is *without* prejudice to Plaintiff refiling his claims including through

the Federal and State Departments of Labor.

**Dated:** Queens Village, New York
       June 25, 2020

Abdul Hassan Law Group, PLLC

*[signature]*

**By: Abdul K. Hassan, Esq. (AH6510)**
*Counsel for Plaintiff Javon Kelevh*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000
Email: abdul@abdulhassan.com